1
2
3
4
5
6
7
8
9                        IN THE UNITED STATES DISTRICT COURT

10                      FOR THE EASTERN DISTRICT OF CALIFORNIA

11
12
13   CHRIS GEBHARDT,                          1:12-cv-01211-DLB-(PC)

14                    Plaintiff,              ORDER TRANSFERRING CASE TO THE
                                              SACRAMENTO DIVISION OF THE EASTERN
15   v.                                       DISTRICT OF CALIFORNIA

16   STATE OF CALIFORNIA, et al.,

17                    Defendants.

18   _____/

19           Plaintiff, a state prisoner proceeding pro se, has filed a civil action pursuant to 42 U.S.C.

20   § 1983, together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

21           In his complaint, plaintiff alleges violations of his civil rights by defendants.  The alleged

22   violations took place in Lassen County, which is part of the Sacramento Division of the United

23   States District Court for the Eastern District of California.   Therefore, the complaint should have

24   been filed in the Sacramento Division.

25           Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

26   court may, on the court's own motion, be transferred to the proper court.  Therefore, this action will

27   be transferred to the Sacramento Division.  This court will not rule on plaintiff's request to proceed in

28   forma pauperis.

                                              -1-

1    Good cause appearing, IT IS HEREBY ORDERED that:

2        1.  This action is transferred to the United States District Court for the Eastern District of

3    California sitting in Sacramento; and

4        2.  All future filings shall refer to the new Sacramento case number assigned and shall be

5    filed at:

6

7                    United States District Court
                     Eastern District of California
8                    501 "I" Street, Suite 4-200
                     Sacramento, CA 95814

9    3.  This court has not ruled on plaintiff's request to proceed in forma pauperis.

10       IT IS SO ORDERED.

11   **Dated:   July 27, 2012**          _____/s/ **Dennis L. Beck**_____
                                         UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28